# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 12, 2025

Lyle W. Cayce
Clerk

———————

No. 24-20054
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

TRAMARCUS MORGAN,

*Defendant—Appellant.*

———————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:22-CR-439-1

———————————————————

Before KING, SOUTHWICK, and ENGELHARDT, *Circuit Judges.*

PER CURIAM:*

The attorney appointed to represent Tramarcus Morgan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Morgan has filed a response in which he moves for leave to proceed pro se on appeal. We have reviewed counsel's brief and the relevant

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-20054

portions of the record reflected therein, as well as Morgan's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The motion to proceed pro se on appeal is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-03 (5th Cir. 1998).